# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L FOR LOFTS, LLC, a limited liability corporation, WILFRED YANG, an individual, and EDUARDO HO, an individual<br><br>　　　　Defendants. | Case No.: CV 23-6151-GW-PDx<br><br>Assigned to the Hon. George H. Wu<br><br>**FINAL JUDGMENT** |

　　　Plaintiff Century Surety Company's ("Plaintiff") Motion for Summary Judgment ("Plaintiff's Motion") came on for hearing in Department 9D of this Court on September 30, 2024. John E. Peer of Woolls Peer Dollinger & Scher, APC appeared on behalf of Plaintiff. Dennis Neil Jones of Myers, Widders Gibson, Jones and Feingold, LLP appeared on behalf of defendants L for Lofts, LLC, Wilfred Yang, and Eduardo Ho (collectively "Defendants").

　　　The Court, having reviewed and considered the moving papers, the opposition and reply thereto, oral argument presented by counsel for Plaintiff and Defendants at the hearing, as well as all supplemental briefing and evidence submitted by the parties,

and finding that Plaintiff is entitled to Summary Judgment, **HEREBY ORDERS, ADJUDGES, AND DECREES**, that:

1.   For the reasons stated in this Court's Final Ruling on Plaintiff's Motion [54], Plaintiff's Motion is GRANTED with respect to its claim for declaratory relief that it has no duty to defend or indemnity Defendants in the lawsuits *Emily Dobbs, et al. v L for Lofts LLC, Wilfred Yang*, Los Angeles Superior Court Case Number 22STCV17848 and *Virginia Viera v. L for Lofts, LLC*, Los Angeles Superior Court Case No. 22STCV36884 (collectively the "Underlying Actions") ;

2.   For the reasons stated in this Court's Final Ruling on Plaintiff's Motion [54], Plaintiff's Motion is GRANTED with respect to its claim against Defendants for $104,086.95 in reimbursement for costs Plaintiff paid in the defense of the Underlying Actions;

3.   Judgment is entered in favor of Plaintiff and against Defendants as to each and every cause of action asserted in Plaintiff's complaint;

4.   Plaintiff is entitled to recover its costs of suit herein from Defendants, to be addressed in a separate Application to the Clerk to Tax Costs to be noticed and filed by Plaintiff pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54-2.

This is a final and appealable judgment between and among Plaintiff and Defendants, and each of them, as to all causes of action, claims, defenses and issues in this action.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: January 8, 2025

HON. GEORGE H. WU,
United States District Judge

[CASE NO.: CV 23-6151-GW-PDX]
[FINAL JUDGMENT]