JOHN E. PEER - State Bar No. 95978
jpeer@wpdslaw.com
WOOLLS PEER DOLLINGER & SCHER
12401 Wilshire Blvd., Second Floor
Los Angeles, California 90025
Telephone:      (213) 629-1600
Facsimile:      (213) 629-1660

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Century Surety Company | **CASE NUMBER** |
| | 2:23-CV-06151-GW-PDx |
| v.         **PLAINTIFF(S),** | |
| L for Lofts, LLC, et al. | **APPLICATION TO THE CLERK** |
| | **TO TAX COSTS** |
| **DEFENDANT(S)** | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | Century Surety Company | | |
|---|---|---|---|
| Judgment entered on: | January 8, 2025 | Docket #: | 55 |
| Names of party(ies) against whom judgment was entered: | L for Lofts, LLC, Wilfred Yang and Eduardo Ho | | |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: January 22, 2025

Signature:             /s/ John W. Peer

Name:             John E. Peer

☒ Attorney of Record for:      Century Surety Company

---

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*
☐ Application DENIED because:    ☐ Not timely filed (L.R. 54-2.1).
                              ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
                              ☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: _____
       Deputy Clerk

**Case Title:** <u>Century Surety Co. v. L for Lofts, et al.</u>; **Case No:** 2:23-CV-06151-GW-PDx

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | $402.00 | Tab 1 - receipt for filing fees for new civil action | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $1,272.20 | Tab 2A - Invoice for process server for service of summons and complaint Tab 2B - Investigator invoice for research, mileage, service of summons and complaint (Defendant Ho, 2nd attempt). | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | | | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | (a) | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ *IF ANY AMOUNT DISALLOWED* ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | | | | | |
| | (c) | | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| | | | | | | | |
| | (d) | | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| | | | | | | | |
| | (e) | | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |
| | | | | | | | |
| | (f) | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| 11 | | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |
| | | | | | | | |
| 12 | | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | | | | | | | |
| 13 | | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | |
| | | | | | | | |
| 14 | | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | |
| | | | | | | | |
| 15 | | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | |
| | | | | | | | |
| TOTAL | | $1,674.20 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Century Surety Co. v. L for Lofts, et al.</u>; **Case No:** 2:23-CV-06151-GW-PDx

# WITNESS FEES

### WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit <u>gsa.gov</u> for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. <u>View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates</u>.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | **Total Cost Each Witness** |
| | **Days** | **Total Cost** | **Days** | **Total Cost** | **Miles** | **Total Cost** | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

# Exhibit 1



# Exhibit 1

232330.1

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-06151 CENTURY SURETY COMPANY, a corporation, v. L FOR LOFTS, LLC, a limited liability corporation et al Complaint (Attorney Civil Case Opening) |
| **Date:** | Friday, July 28, 2023 3:59:25 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Peer, John on 7/28/2023 at 3:58 PM PDT and filed on 7/28/2023

| | |
|---|---|
| **Case Name:** | CENTURY SURETY COMPANY, a corporation, v. L FOR LOFTS, LLC, a limited liability corporation et al |
| **Case Number:** | 2:23-cv-06151 |
| **Filer:** | CENTURY SURETY COMPANY, a corporation, |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT Receipt No: ACACDC-35761397 - Fee: $402, filed by Plaintiff CENTURY SURETY COMPANY, a corporation,. (Attachments: # (1) Exhibit A) (Attorney John E Peer added to party CENTURY SURETY COMPANY, a corporation,(pty:pla))(Peer, John)**

**2:23-cv-06151 Notice has been electronically mailed to:**

John E Peer    jpeer@wpdslaw.com, amillon@wpdslaw.com, kortega@wpdslaw.com, mescobedo@wpdslaw.com

**2:23-cv-06151 Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Complaint.pdf

**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2023] [FileNumber=36273940-0
] [2f10963fcfe6567c030e59c898d9590379dfc5d5a03886c4847a0812ba0c0b6d4eb
76052731c1c400b9f83cd0db78d2fa3e5011f08d64e6bedf28a3268131dc6]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/28/2023] [FileNumber=36273940-1
] [828a4b81ecca1716a6d83da654a09c5479eb7b8701b507cc6ab8fe31b5620fcd97b
4e33e338b8535f2614f8d0f403bba47651ca0303669157905997d9caedad9]]

# Exhibit 2a



# Exhibit 2a

232330.1

# NATIONWIDE LEGAL

**INVOICE**

**PHONE (213) 249-9999**

| Invoice No. | Customer No. |
|---|---|
| 00000061604 | LA615 |
| INVOICE DATE: | Total Due |
| 8/31/2023 | $ 6,038.65 |

PLEASE MAKE REMITTANCE TO:

WOOLLS PEER DOLLINGER & SCHER, APC
12401 Wilshire Blvd, # Second Floor
Los Angeles, CA 90025
T (213) 629-1600

Nationwide Legal, LLC
1609 James M Wood Blvd
Los Angeles, CA 90015
TAX ID # 20-8284527

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| LA615 | 00000061604 | 8/31/2023 | $ 6,038.65 | 18 |

| Date / Order No | Service Detail | | Charges | Units | Total |
|---|---|---|---|---|---|
| 8/4/2023 LA425699 030 - STANDARD PROCESS (48 | WOOLLS PEER DOLLINGER & SCHER, APC 12401 Wilshire Blvd Second Floor Los Angeles, CA 90025 Caller: Andrea Millon Case Title: CENTURY SURETY COMPANY vs. L F Docs: Summons; Complaint; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNM Attorney Name: John E. Peer | EDUARDO HO, AN INDIVIDUAL 7 Appleton Irvine, CA 926020106 Case Number: 2:23-CV-06151 GW (PDx) Client/Matter: Century v. L for Lofts #15412 Description: Please serve the attached Summons and Complaint packages on Defendant EDUARDO HO, (address below) and send me a signed proof of service upon completion. This can be treated as a regular service. If you have any questions or need additional information, please contact me. | NWL Branch office (Service of Process) : PDF Page Count (Up to 200 pgs) : Total: | | $ 150.00 $ 18.70 $ 168.70 |
| 8/4/2023 LA425707 030 - STANDARD PROCESS (48 | WOOLLS PEER DOLLINGER & SCHER, APC 12401 Wilshire Blvd Second Floor Los Angeles, CA 90025 Caller: Andrea Millon Case Title: CENTURY SURETY COMPANY, etc. v Docs: Summons; Complaint; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNM Attorney Name: John E. Peer | WILFRED YANG, AN INDIVIDUAL 2801 Warren Way Arcadia, CA 910078449 Case Number: 2:23-CV-06151 GW (PDx) Client/Matter: Century v. L for Lofts #15412 Description: Please serve the attached Summons and Complaint packages on Defendants L for Lofts and Wilfred Yang (address below) and send me a signed proof of service upon completion. This can be treated as a regular service. If you have any questions or need additional information, please contact me. PHOTOS REQUIRED ON EVERY ATTEMPT; Provide detailed reports as you make your attempts. PLEASE EMAIL STATUS TO laProcess@nationwidelegal.com. | Base Charge : PDF Page Count (Up to 200 pgs) : Total: | 31 | $ 134.25 $ 18.70 $ 152.95 |
| 8/4/2023 LA425707A 035 - RELATED SERVICE OF PRO | WOOLLS PEER DOLLINGER & SCHER, APC 12401 Wilshire Blvd Second Floor Los Angeles, CA 90025 Caller: Andrea Millon Case Title: CENTURY SURETY COMPANY, etc. v Docs: Summons; Complaint; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNM Attorney Name: John E. Peer | L FOR LOFTS, LLC, A LIMITED LIABILITY COMPANY 2801 Warren Way Arcadia, CA 910078449 Case Number: 2:23-cv-06151 GW (PDx) Client/Matter: Century v. L for Lofts #15412 Description: Please serve the attached Summons and Complaint packages on Defendants L for Lofts and Wilfred Yang (address below) and send me a signed proof of service upon completion. This can be treated as a regular service. If you have any questions or need additional information, please contact me. ***AGENT - WILFRED YANG | Related Entities (Statewide) : PDF Page Count (Up to 200 pgs) : Total: | | $ 51.00 $ 18.70 $ 69.70 |

Total Charges for Ref. - Century v. L for Lofts #15412: $ 391.35

**INVOICE PAYMENT DUE UPON RECEIPT**

# Exhibit 2b



# Exhibit 2b

232330.1



# COSTELLO ROGERS & ASSOCIATES
### INVESTIGATORS

Southern California Office:
*1125 E. BROADWAY #241*
*GLENDALE, CA. 91205*

| Date: | Invoice |
|---|---|
| 11/7/2023 | 2023-5722 |

**Bill To:**

WOLLS PEER DOLLINGER & SCHER
Attention: Douglas Greer
12401 Wilshire Blvd.,
Los Angeles, CA 90025

**Case Information**

Subject:  Yang Wilfred
Case Type: Insurance
Case Name:  Century Surety Co. vs. L For Lofts. LL

| Client File Number | Case Number | Terms |
|---|---|---|
| | 2023-08-401 | Due On Receipt |

| Date | Quantity | Description | Rate | Amount | Taxed |
|---|---|---|---|---|---|
| | 7.8 | Investigation/Research/Service of Process | $86.000 | $670.80 | ☐ |
| | 157 | Mileage | $0.650 | $102.05 | ☐ |
| | 2 | Computer Information Source(s) | $18.000 | $36.00 | ☐ |
| | 4 | DMV / Registered Owner | $10.000 | $40.00 | ☐ |
| | 4 | Steno | $8.000 | $32.00 | ☐ |

|  |  |
|---|---|
| **Sub-Total** | $880.85 |
| **Total Tax** | $0.00 |
| **Payments** | **$0.00** |
| **Total Due** | **$880.85** |

Tax ID #  82-2096029

Note: Please Remit Payment to: Costello Rogers & Associates