1  JOHN E. PEER - State Bar No. 95978
   jpeer@wpdslaw.com
2  DOUGLAS A. GREER - State Bar No. 129987
   dgreer@wpdslaw.com
3  **WOOLLS PEER DOLLINGER & SCHER**
   A Professional Corporation
4  12401 Wilshire Blvd., Second Floor
   Los Angeles, CA 90025-1089
5  Telephone:  (213) 629-1600
   Facsimile:  (213) 629-1660
6

7  Attorneys for Plaintiff
   Century Surety Company
8

9              UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA
10

11

12  CENTURY SURETY COMPANY, a              Case No.: 2:23−cv−06151 GW (PDx)
    corporation,
13                                          Assigned to Judge George H. Wu;
              Plaintiff,                     Magistrate Judge Patricia Donahue
14
       v.
15                                          **DECLARATION OF AARON
    L FOR LOFTS, LLC, a limited liability   FALVO IN SUPPORT OF MOTION
16  corporation, WILFRED YANG, an           FOR RELIEF FROM JUDGMENT**
    individual, and EDUARDO HO, an
17  individual,
                                            Date:        November 13, 2025
18            Defendants.                   Time:        8:30 a.m.
                                            Ctrm:        9D
19
                                            Filing Date:    7/28/23
20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

                                    1

Woolls Peer Dollinger & Scher
12401 Wilshire Blvd., Second Floor
Los Angeles, CA 90025-1089

1221883.2

# DECLARATION OF AARON FALVO IN SUPPORT OF MOTION FOR
## RELIEF FROM JUDGMENT

I, Aaron Falvo, declare:

1.      I am a Senior Claims Representative - Legal for Meadowbrook, Inc. assigned to handle the claims against L for Lofts, LLC asserted in *Virginia Viera v. L for Lofts, LLC*, Los Angeles Superior Court Case No. 22STCV36884 and *Emily Dobbs, et al. v. L for Lofts, LLC, Wilfred Yang*, Los Angeles Superior Court Case No. 22STCV17848 (collectively the "Underlying Actions"), on behalf of Century Surety Company ("Century").   I have personal knowledge of the facts stated in this declaration and if called as a witness could and would testify competently to those facts. This declaration is submitted in support of Century's Motion for Relief from Judgment.

2.      While appeal of the above captioned action was pending, Century continued to pay for Defendants L for Lofts LLC's defense in the Underlying Actions. Specifically, for the period between January 13, 2025 to August 21, 2025, Century paid costs in the amount of $302,256.00 to defend L For Lofts in the Underlying Actions.   The attached exhibits are true and correct copies of checks that evidence Century's new and previously unsubmitted payments for the defense of the Underlying Actions that total $302,256.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8th, 2025, at Delaware County, Ohio.

_____
Aaron Falvo

Woolls Peer Dollinger Scher
12401 Wilshire Blvd., Second Floor
Los Angeles, CA 90025-1089

1221883.2

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.    00973279

Date Issued

01/13/2025    Bank of America    70-2328
719 IL

Payee:    STENO AGENCY, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | | 06/08/2021 | 1,769.50 |

CASE #: 22STCV17848    INVOICE DATE: 3/14/2024

CHECK TOTAL:    ****$ 1,769.50

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
|---|---|
| 1/14/2025 | 00973279 |

STENO AGENCY, INC.

CHECK AMOUNT

**ONE THOUSAND SEVEN HUNDRED SIXTY-NINE and 50/100 Dollars**    ****$ 1,769.50

STENO AGENCY, INC.
PO BOX 22637

PASADENA, CA 91185

VOID OVER    $ 1,769.50

⑆00973279⑆ ⑉071923284⑉ 876523137⑉

Security Features Included (Details on Back)    MP

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | | |
|---|---|---|
| | Check No. | 00973924 |
| **Date Issued** | | 70-2328 |
| 01/28/2025 | Bank of America | 719 IL |

Payee: MKA INTERNATIONAL, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 1227139 | 06/08/2021 | 6,417.00 |

**CHECK TOTAL:**     ****$ 6,417.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000
**PAY TO THE ORDER OF:**

MKA INTERNATIONAL, INC.

BANK OF AMERICA        70-2328
                        719 IL

**VOID AFTER SIX MONTHS**

| CHECK DATE | CHECK NO. |
|---|---|
| 1/29/2025 | **00973924** |

**CHECK AMOUNT**
****$ 6,417.00

**SIX THOUSAND FOUR HUNDRED SEVENTEEN and XX/100 Dollars**

MKA INTERNATIONAL, INC.
100 PRINGLE AVENUE
SUITE 340
WALNUT CREEK, CA 94596



_VOID OVER_   $ 6,417.00

⑆00973924⑆ ⑈071923284⑈ 876523137 0⑆

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>

03/04/2025

Check No.                    00975481

Bank of America            <u>70-2328</u>
                                        719 IL

Payee:    PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 351297 | 06/08/2021 | 4,588.50 |

CHECK TOTAL:        ****$ 4,588.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA            <u>70-2328</u>
                                          719 IL

**VOID AFTER SIX MONTHS**

PAY TO THE ORDER OF:

| CHECK DATE | CHECK NO. |
|---|---|
| 3/5/2025 | 00975481 |

PRINDLE GOETZ BARNES & REINHOLTZ, LLP

CHECK AMOUNT
****$ 4,588.50

**FOUR THOUSAND FIVE HUNDRED EIGHTY-EIGHT and 50/100 Dollars**

PRINDLE GOETZ BARNES & REINHOLTZ, LLP
ONE WORLD TRADE CENTER
SUITE 1100
LONG BEACH, CA 90831

VOID OVER        $ 4,588.50

⑈00975481⑈  ⑆071923284⑆  876523137011⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.    00976859

<u>Date Issued</u>
03/26/2025

Bank of America

70-2328
719 IL

Payee:    ADJUDICATE INC

| Insured | Claimant Name | Claim Number | |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 652796 | 06/08/2021 | 3,150.00 |

CHECK TOTAL:    ****$ 3,150.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
| 3/27/2025 | **00976859** |

ADJUDICATE INC

CHECK AMOUNT
****$ 3,150.00

**THREE THOUSAND ONE HUNDRED FIFTY and XX/100 Dollars**

ADJUDICATE INC
1851 E FIRST ST
SUITE 1600
SANTA ANA, CA 92705

HEAT SENSITIVE
RUB AREA TO VERIFY

*VOID OVER*    $ 3,150.00

NP

Security Features Included (Details on Back)

⑀'⑀00976859⑀'⑀ ⑀:071923284⑀: 876523⑀370⑀'

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

**Check No.**    00976906

<u>Date Issued</u>
03/27/2025

Bank of America

70-2328
719 IL

Payee:    MKA INTERNATIONAL, INC.

| Insured | Claimant Name | Claim Number | |
| --- | --- | --- | --- |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 1241024 | 06/08/2021 | 9,780.00 |

**CHECK TOTAL:**    ****$ 9,780.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

70-2328
719 IL

VOID AFTER SIX MONTHS

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
| --- | --- |
| 3/28/2025 | **00976906** |

MKA INTERNATIONAL, INC.

| CHECK AMOUNT |
| --- |
| ****$ 9,780.00 |

**NINE THOUSAND SEVEN HUNDRED EIGHTY and XX/100 Dollars**

MKA INTERNATIONAL, INC.
100 PRINGLE AVENUE
SUITE 340
WALNUT CREEK, CA 94596

HEAT SENSITIVE RUB AREA TO VERIFY

_VOID OVER_    $ 9,780.00

⑈⑈00976906⑈⑈ ⑆071923284⑆ 8765231370⑈⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.      00977186

<u>Date Issued</u>
04/03/2025

Bank of America

<u>70-2328</u>
719 IL

Payee:    PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 344757 | 06/08/2021 | 37,399.54 |

CHECK TOTAL:    ***$ 37,399.54

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

<u>70-2328</u>
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
|---|---|
| 4/4/2025 | 00977186 |

PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| CHECK AMOUNT |
|---|
| ***$ 37,399.54 |

**THIRTY-SEVEN THOUSAND THREE HUNDRED NINETY-NINE and 54/100
Dollars**

PRINDLE GOETZ BARNES & REINHOLTZ, LLP
ONE WORLD TRADE CENTER
SUITE 1100
LONG BEACH, CA 90831



VOID OVER    $ 37,399.54

HEAT SENSITIVE
RUB AREA TO VERIFY

⑈⑈00977186⑈⑈  ⑆071923284⑆⑈  8765231370⑈⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
04/10/2025

Check No.          00977527

Bank of America     <u>70-2328</u>
                    719 IL

Payee:     MKA INTERNATIONAL, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | DOBBS, EMILY | 01-102674 | |
| | 1239933 | 06/08/2021 | 1,235.00 |

CHECK TOTAL:     ****$ 1,235.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000
**PAY TO THE ORDER OF:**

BANK OF AMERICA     <u>70-2328</u>
                    719 IL

**VOID AFTER SIX MONTHS**

MKA INTERNATIONAL, INC.

| CHECK DATE | CHECK NO. |
|---|---|
| 4/11/2025 | **00977527** |

**CHECK AMOUNT**
****$ 1,235.00

**ONE THOUSAND TWO HUNDRED THIRTY-FIVE and XX/100 Dollars**

MKA INTERNATIONAL, INC.
100 PRINGLE AVENUE
SUITE 340
WALNUT CREEK, CA 94596



*VOID OVER*     $ 1,235.00

⑈00977527⑈ ⑆071923284⑆ 876523⑈370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.    00977526

<u>Date Issued</u>
04/10/2025    Bank of America    <u>70-2328</u>
719 IL

Payee:    INTEGRITY LEGAL CORP OF LONG BEACH

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 25-03010 | 06/08/2021 | 2,326.57 |

CHECK TOTAL:    ****$ 2,326.57

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    <u>70-2328</u>
719 IL

VOID AFTER SIX MONTHS

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|---|---|
| 4/11/2025 | 00977526 |

INTEGRITY LEGAL CORP OF LONG BEACH

CHECK AMOUNT
****$ 2,326.57

**TWO THOUSAND THREE HUNDRED TWENTY-SIX and 57/100 Dollars**

INTEGRITY LEGAL CORP OF LONG BEACH
P.O. BOX 33232

LONG BEACH, CA 90832

HEAT SENSITIVE
RUB AREA TO VERIFY

*VOID OVER*    $ 2,326.57

⑈00977526⑈ ⑆071923284⑈ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>

04/10/2025

Check No. 00977524

Bank of America

70-2328
719 IL

Payee:   INTEGRITY LEGAL CORP OF LONG BEACH

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 25-03079 | 06/08/2021 | 5,468.33 |

CHECK TOTAL:     ****$ 5,468.33

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

INTEGRITY LEGAL CORP OF LONG BEACH

| CHECK DATE | CHECK NO. |
|---|---|
| 4/11/2025 | **00977524** |

CHECK AMOUNT

****$ 5,468.33

**FIVE THOUSAND FOUR HUNDRED SIXTY-EIGHT and 33/100 Dollars**

INTEGRITY LEGAL CORP OF LONG BEACH
P.O. BOX 33232

LONG BEACH, CA 90832



_VOID OVER_     $ 5,468.33

⑈"00977524"⑈   ⑆:071923284⑆:   876523137 0"⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | | |
|---|---|---|
| | Check No. | 00977525 |
| <u>Date Issued</u> | | 70-2328 |
| 04/10/2025 | Bank of America | 719 IL |

Payee:    INTEGRITY LEGAL CORP OF LONG BEACH

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 25-03083 | 06/08/2021 | 539.32 |

CHECK TOTAL:       *****$ 539.32

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA                    70-2328
                                   719 IL
**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|---|---|
| 4/11/2025 | 00977525 |

INTEGRITY LEGAL CORP OF LONG BEACH

CHECK AMOUNT
*****$ 539.32

**FIVE HUNDRED THIRTY-NINE and 32/100 Dollars**

INTEGRITY LEGAL CORP OF LONG BEACH
P.O. BOX 33232

LONG BEACH, CA 90832

VOID OVER    $ 539.32

⑈00977525⑈ ⑉071923284⑈ 876523137011⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
04/11/2025

Check No.      00977615

Bank of America    <u>70-2328</u>
719 IL

Payee:    PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 351297 | 06/08/2021 | 54.00 |

CHECK TOTAL:      ******$ 54.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    <u>70-2328</u>
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| CHECK DATE | CHECK NO. |
|---|---|
| 4/14/2025 | **00977615** |

**CHECK AMOUNT**
******$ 54.00

**FIFTY-FOUR and XX/100 Dollars**

PRINDLE GOETZ BARNES & REINHOLTZ, LLP
ONE WORLD TRADE CENTER
SUITE 1100
LONG BEACH, CA 90831



_VOID OVER_    $ 54.00

HEAT SENSITIVE
RUB AREA TO VERIFY

⑊00977615⑊  ⑊071923284⑊  8765231370⑊

Security Features Included (Details on Back)    MP

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | |
|---|---|
| **Date Issued** | |
| 05/28/2025 | |

Check No.　00979392

Bank of America

70-2328
719 IL

Payee:　RICHARD ALAN SNYDER

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 2025-020 | 06/08/2021 | 7,950.00 |

CHECK TOTAL:　****$ 7,950.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

70-2328
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
|---|---|
| 5/29/2025 | **00979392** |

RICHARD ALAN SNYDER

| CHECK AMOUNT |
|---|
| ****$ 7,950.00 |

**SEVEN THOUSAND NINE HUNDRED FIFTY and XX/100 Dollars**

RICHARD ALAN SNYDER
2399 CAMINO DEL RIO SOUTH
#102
SAN DIEGO, CA 92108



HEAT SENSITIVE RUB AREA TO VERIFY

VOID OVER　　$ 7,950.00

Security Features Included (Details on Back)　MP

⑈"00979392⑈"　⑆:071923284⑇:　876523137 0⑈"

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.     00979393

__Date Issued__
05/28/2025     Bank of America     70-2328
719 IL

Payee:    RICHARD ALAN SNYDER

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 2025-061 | 06/08/2021 | 5,700.00 |

**CHECK TOTAL:**     ****$ 5,700.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA     70-2328
719 IL

**VOID AFTER SIX MONTHS**

PAY TO THE ORDER OF:

| CHECK DATE | CHECK NO. |
|---|---|
| 5/29/2025 | **00979393** |

RICHARD ALAN SNYDER

**FIVE THOUSAND SEVEN HUNDRED and XX/100 Dollars**

CHECK AMOUNT
****$ 5,700.00

RICHARD ALAN SNYDER
2399 CAMINO DEL RIO SOUTH
#102
SAN DIEGO, CA 92108



VOID OVER     $ 5,700.00

⑆00979393⑆ ⑈071923284⑈ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.                00979394

<u>Date Issued</u>
05/28/2025        Bank of America        <u>70-2328</u>
                                          719 IL

Payee:    RICHARD ALAN SNYDER

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 2024-080 | 06/08/2021 | 3,300.00 |

CHECK TOTAL:        ****$ 3,300.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA        70-2328
                        719 IL

VOID AFTER SIX MONTHS

PAY TO THE ORDER OF:

| CHECK DATE | CHECK NO. |
|---|---|
| 5/29/2025 | 00979394 |

RICHARD ALAN SNYDER

**THREE THOUSAND THREE HUNDRED and XX/100 Dollars**

CHECK AMOUNT
****$ 3,300.00

RICHARD ALAN SNYDER
2399 CAMINO DEL RIO SOUTH
#102
SAN DIEGO, CA 92108



HEAT SENSITIVE
RUB AREA TO VERIFY

VOID OVER        $ 3,300.00

Security Features Included (Details on Back)    MP

⑈⑈"00979394"⑈    ⑈:071923284⑈:    8765231370"⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
06/09/2025

Check No.
00979887

Bank of America

<u>70-2328</u>
719 IL

Payee:   MAGNA LEGAL SERVICES LLC

| Insured | Claimant Name | Claim Number | |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 1506929 | 06/08/2021 | 1,725.50 |

CHECK TOTAL:     ****$ 1,725.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

<u>70-2328</u>
719 IL

VOID AFTER SIX MONTHS

**PAY TO THE ORDER OF:**

MAGNA LEGAL SERVICES LLC

| CHECK DATE | CHECK NO. |
| 6/10/2025 | **00979887** |

**ONE THOUSAND SEVEN HUNDRED TWENTY-FIVE and 50/100 Dollars**

CHECK AMOUNT

****$ 1,725.50

MAGNA LEGAL SERVICES LLC
PO BOX 822804

PHILADELPHIA, PA 19182

HEAT SENSITIVE
RUB AREA TO VERIFY

VOID OVER     $ 1,725.50

⑈⑈"00979887"⑈⑈   ⑊:071923284⑊:   8765231370⑈⑈"

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
06/09/2025

Check No.
00979888

Bank of America

<u>70-2328</u>
719 IL

Payee:    WEXCO INTERNATIONAL LLC

| Insured | Claimant Name | Claim Number | |
|---------|---------------|--------------|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 31152.DEPO | 06/08/2021 | 506.25 |

CHECK TOTAL:        *****$ 506.25

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

<u>70-2328</u>
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

WEXCO INTERNATIONAL LLC

| CHECK DATE | CHECK NO. |
|------------|-----------|
| 6/10/2025 | **00979888** |

**FIVE HUNDRED SIX and 25/100 Dollars**

CHECK AMOUNT

*****$ 506.25

WEXCO INTERNATIONAL LLC
1730 E HOLLY AVE  SUITE 720

EL SEGUNDO, CA 90245

VOID OVER      $ 506.25

HEAT SENSITIVE
RUB AREA TO VERIFY

Security Features Included (Details on Back)

⑪''⑩⑩⑨⑦⑨⑧⑧⑧⑪'' ⑉⑩⑦⑴⑨②③②⑧④⑉ ⑧⑦⑥⑤②③⑴③⑺⑩⑪''

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | | Check No. | 00980913 |
|---|---|---|---|
| **Date Issued** | | Bank of America | 70-2328 |
| 07/07/2025 | | | 719 IL |

Payee:    COUNTRYWIDE INVESTIGATIVE AGENCY(CIA)  PO BOX 398  MANHATTAN BEACH, CA  90267

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 43761 | 06/08/2021 | 912.85 |

**CHECK TOTAL:**    *****$ 912.85

---

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|---|---|
| 7/8/2025 | 00980913 |

COUNTRYWIDE INVESTIGATIVE AGENCY(CIA)  PO BOX 398  MANHATTAN BEACH, CA  90267

**CHECK AMOUNT**

**NINE HUNDRED TWELVE and 85/100 Dollars**    *****$ 912.85

COUNTRYWIDE INVESTIGATIVE AGENCY(CIA)
PO BOX 398

MANHATTAN BEACH, CA 90267

HEAT SENSITIVE RUB AREA TO VERIFY

_VOID OVER_    $ 912.85

⑈"00980913"⑈  ⑆071923284⑆  876523137 0"

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.                    00980945

<u>Date Issued</u>
07/08/2025          Bank of America          70-2328
                                             719 IL

Payee:        MKA INTERNATIONAL, INC.

| Insured | Claimant Name | Claim Number | |
|---------|---------------|--------------|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 1242355 AND 1243441 | 06/08/2021 | 14,947.50 |

**CHECK TOTAL:**     ***$ 14,947.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA          70-2328
                         719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|------------|-----------|
| 7/9/2025 | 00980945 |

MKA INTERNATIONAL, INC.

| CHECK AMOUNT |
|--------------|
| ***$ 14,947.50 |

**FOURTEEN THOUSAND NINE HUNDRED FORTY-SEVEN and 50/100 Dollars**

MKA INTERNATIONAL, INC.
100 PRINGLE AVENUE
SUITE 490
WALNUT CREEK, CA 94596

*VOID OVER*    $ 14,947.50

HEAT SENSITIVE
RUB AREA TO VERIFY

(L) Security Features Included (Details on Back)    MP

⑈00980945⑈ ⑆071923284⑆ 876523137⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | |
|---|---|
| **Date Issued** | Check No.    00980943 |
| 07/08/2025 | Bank of America    70-2328 |
| | 719 IL |

Payee:    RICHARD ALAN SNYDER

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 2025-053 | 06/08/2021 | 2,400.00 |

**CHECK TOTAL:**    ****$ 2,400.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**PAY TO THE ORDER OF:**

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
|---|---|
| 7/9/2025 | 00980943 |

RICHARD ALAN SNYDER

| CHECK AMOUNT |
|---|
| ****$ 2,400.00 |

**TWO THOUSAND FOUR HUNDRED and XX/100 Dollars**

RICHARD ALAN SNYDER
2399 CAMINO DEL RIO SOUTH
#102
SAN DIEGO, CA 92108

VOID OVER    $ 2,400.00

⑈00980943⑈ ⑆071923284⑆ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.    00980944

<u>Date Issued</u>
07/08/2025    Bank of America    70-2328
719 IL

Payee:    JACQUELINE SILVERMAN & ASSOCIATES

| Insured | Claimant Name | Claim Number | |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| 3092 | | 06/08/2021 | 9,600.00 |

**CHECK TOTAL:**    ****$ 9,600.00

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

VOID AFTER SIX MONTHS

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
| 7/9/2025 | 00980944 |

JACQUELINE SILVERMAN & ASSOCIATES

| CHECK AMOUNT |
| ****$ 9,600.00 |

**NINE THOUSAND SIX HUNDRED and XX/100 Dollars**

JACQUELINE SILVERMAN & ASSOCIATES
837 TRACTION AVE
SUITE 208
LOS ANGELES, CA 90013



HEAT SENSITIVE
RUB AREA TO VERIFY

VOID OVER    $ 9,600.00

Security Features Included (Details on Back) NP

⑈"00980944"⑈  ⑆"071923284⑆:  8765231370"⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

Check No.    00981003

**Date Issued**
07/09/2025    Bank of America    70-2328
719 IL

Payee:    PRONET GROUP, INC.

| Insured | Claimant Name | Claim Number | |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR<br>015712 & 016784 | 01-102674<br>06/08/2021 | 10,567.50 |

**CHECK TOTAL:**    ***$ 10,567.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE<br>7/10/2025 | CHECK NO.<br>00981003 |

PRONET GROUP, INC.

**CHECK AMOUNT**
***$ 10,567.50

**TEN THOUSAND FIVE HUNDRED SIXTY-SEVEN and 50/100 Dollars**

PRONET GROUP, INC.
1 SUGAR CREEK CENTER BLVD
SUITE 1100
SUGAR LAND, TX 77478



VOID OVER    $ 10,567.50

⑆00981003⑆ ⑈071923284⑈ 876523137 0⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
07/17/2025

Check No.    00981414

Bank of America    <u>70-2328</u>
719 IL

Payee:    PRINDLE GOETZ BARNES & REINHOLTZ, LLP

| Insured | Claimant Name | Claim Number | |
| --- | --- | --- | --- |
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 356048 | 06/08/2021 | 125,163.64 |

CHECK TOTAL:    **$ 125,163.64

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    <u>70-2328</u>
719 IL

**PAY TO THE ORDER OF:**

PRINDLE GOETZ BARNES & REINHOLTZ, LLP

VOID AFTER SIX MONTHS

| CHECK DATE | CHECK NO. |
| --- | --- |
| 7/18/2025 | 00981414 |

| CHECK AMOUNT |
| --- |
| **$ 125,163.64 |

**ONE HUNDRED TWENTY-FIVE THOUSAND ONE HUNDRED SIXTY-THREE and 64/100 Dollars**

PRINDLE GOETZ BARNES & REINHOLTZ, LLP
ONE WORLD TRADE CENTER
SUITE 1100
LONG BEACH, CA 90831



VOID OVER    $ 125,163.64

⑆00981414⑈ ⑇071923284⑇ 876523137 0⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>

07/17/2025

Check No.      00981417

Bank of America      70-2328
                     719 IL

Payee:    MC CONSULTANTS, INC.

| Insured | Claimant Name | Claim Number | |
| Memo | Invoice Number | Loss Date | AMOUNT |
|---|---|---|---|
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 89941 | 06/08/2021 | 9,078.00 |

**CHECK TOTAL:**    ****$ 9,078.00

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK.

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000
**PAY TO THE ORDER OF:**

BANK OF AMERICA      70-2328
                     719 IL

**VOID AFTER SIX MONTHS**

| CHECK DATE | CHECK NO. |
|---|---|
| 7/18/2025 | **00981417** |

MC CONSULTANTS, INC.

**NINE THOUSAND SEVENTY-EIGHT and XX/100 Dollars**

| CHECK AMOUNT |
|---|
| ****$ 9,078.00 |

MC CONSULTANTS, INC.
PO BOX 92440

LAS VEGAS, NV 89193

*VOID OVER*    $ 9,078.00

⑆00981417⑆ ⑆071923284⑆ 876523137 0⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
07/17/2025

Check No.    00981416

Bank of America

70-2328
719 IL

Payee:    MC CONSULTANTS, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR 87758 | 01-102674 06/08/2021 | 6,007.50 |

**CHECK TOTAL:**    ****$ 6,007.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA    70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

MC CONSULTANTS, INC.

| CHECK DATE | CHECK NO. |
|---|---|
| 7/18/2025 | 00981416 |

**SIX THOUSAND SEVEN and 50/100 Dollars**

CHECK AMOUNT
****$ 6,007.50

MC CONSULTANTS, INC.
PO BOX 92440

LAS VEGAS, NV 89193

HEAT SENSITIVE RUB AREA TO VERIFY

_VOID OVER_    $ 6,007.50

⑈"00981416"⑈  ⑆071923284⑆  876523 1370"⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
07/17/2025

Check No.    00981415

Bank of America    70-2328
719 IL

Payee:    MC CONSULTANTS, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 88249 | 06/08/2021 | 6,663.50 |

**CHECK TOTAL:**    ****$ 6,663.50

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000
**PAY TO THE ORDER OF:**

BANK OF AMERICA    70-2328
719 IL

**VOID AFTER SIX MONTHS**

MC CONSULTANTS, INC.

| CHECK DATE | CHECK NO. |
|---|---|
| 7/18/2025 | 00981415 |

**SIX THOUSAND SIX HUNDRED SIXTY-THREE and 50/100 Dollars**

CHECK AMOUNT
****$ 6,663.50

MC CONSULTANTS, INC.
PO BOX 92440

LAS VEGAS, NV 89193



VOID OVER    $ 6,663.50

⑈00981415⑈ ⑆071923284⑆ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

| | |
|---|---|
| **Date Issued** | |
| 07/17/2025 | Bank of America |

Check No.      00981416

70-2328
719 IL

Payee:   MC CONSULTANTS, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR<br>87758 | 01-102674<br>06/08/2021 | 6,007.50 |

**CHECK TOTAL:**     ****$ 6,007.50

---

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA

70-2328
719 IL

**VOID AFTER SIX MONTHS**

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|---|---|
| 7/18/2025 | 00981416 |

MC CONSULTANTS, INC.

| CHECK AMOUNT |
|---|
| ****$ 6,007.50 |

**SIX THOUSAND SEVEN and 50/100 Dollars**

MC CONSULTANTS, INC.
PO BOX 92440

LAS VEGAS, NV 89193

*VOID OVER*    $ 6,007.50

⑈00981416⑈ ⑆071923284⑆ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>
07/17/2025

Check No.          00981415

Bank of America    70-2328
                   719 IL

Payee:    MC CONSULTANTS, INC.

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | 88249 | 06/08/2021 | 6,663.50 |

CHECK TOTAL:     ****$ 6,663.50

THIS DOCUMENT CONTAINS VARIOUS SECURITY FEATURES INCLUDING HEAT SENSITIVE INK, MICROPRINTING AND A TRUE PAPER MACHINE WATERMARK

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

BANK OF AMERICA      70-2328
                     719 IL

VOID AFTER SIX MONTHS

**PAY TO THE ORDER OF:**

| CHECK DATE | CHECK NO. |
|---|---|
| 7/18/2025 | 00981415 |

MC CONSULTANTS, INC.

CHECK AMOUNT

**SIX THOUSAND SIX HUNDRED SIXTY-THREE and 50/100 Dollars**       ****$ 6,663.50

MC CONSULTANTS, INC.
PO BOX 92440

LAS VEGAS, NV 89193



HEAT SENSITIVE
RUB AREA TO VERIFY

VOID OVER    $ 6,663.50

⑆00981415⑆ ⑈071923284⑈ 8765231370⑈

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

<u>Date Issued</u>

08/20/2025

Check No.                    00982677

Bank of America            <u>70-2328</u>
                                        719 IL

Payee:     JS HELD LLC

| Insured | Claimant Name | Claim Number | |
|---|---|---|---|
| Memo | Invoice Number | Loss Date | AMOUNT |
| L for Lofts, LLC DBA: c/o Wilfred Yang | RAJPUT, TAMUR | 01-102674 | |
| | INV-01US-0223181 | 06/08/2021 | 12,335.00 |

CHECK TOTAL:        ***$ 12,335.00

**Century Surety Company**
PO BOX 219559
KANSAS CITY, MO 64121-9559
(614) 895-2000

**PAY TO THE ORDER OF:**

JS HELD LLC

**TWELVE THOUSAND THREE HUNDRED THIRTY-FIVE and XX/100 Dollars**

BANK OF  AMERICA          <u>70-2328</u>
                                        719 IL

**VOID AFTER SIX MONTHS**

| CHECK DATE | CHECK NO. |
|---|---|
| 8/21/2025 | **00982677** |

CHECK AMOUNT
***$ 12,335.00

JS HELD LLC
PO BOX 23368

NEW YORK, NY 10087

*VOID OVER*        $ 12,335.00

⑈⑆00982677⑈⑆  ⑆071923284⑆⑆   8765231370⑈⑆