1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| CENTURY SURETY COMPANY, a corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>L FOR LOFTS, LLC, a limited liability corporation, WILFRED YANG, an individual, and EDUARDO HO, an individual<br><br>      Defendants. | Case No.: 2:23-CV-06151-GW-PDx<br><br>Assigned to the Hon. George H. Wu<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT**<br><br>Date:      November 13, 2025<br>Time:     8:30 a.m.<br>Ctrm:    9D<br><br>Filing Date:   7/28/23 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 13, 2025, plaintiff Century Surety Company's Motion for Relief from Judgment came on regularly for hearing as noticed before the Hon. George H. Wu, in Courtroom 9D, First Street Courthouse, 350 West First Street, Los Angeles, California. Having considered the evidence and good cause appearing,

IT IS ORDERED:

    1.    That Century Surety's Motion for Relief from Judgment is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

                                        _____
Hon. George H. Wu
United States District Court Judge

1222196.1